# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:21-mj-0019 CKD |
| ISAIH PHELPS | ) |
| | ) **SEALED** |
| *Defendant(s)* | ) |

**FILED**
Jan 29, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of November 2020 through January 15, 2021 in the county of Sacramento in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

Ryan J. Penna, FBI Special Agent
*Printed name and title*

Sworn to telephonically pursuant to Fed. R. Crim. P. 4.1.

Date: January 29, 2021 at 3:30 pm

*Judge's signature*

City and state: Sacramento, California     Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| v. | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| ISAIH PHELPS, | |
| Defendant. | |

I, Ryan J. Penna, being duly sworn, hereby depose and state:

1. This affidavit is in support of a criminal complaint and a request for an arrest warrant for Isaih Phelps. The facts set forth herein establish that Phelps violated 18 U.S.C. § 2422(b), Attempted Coercion and Enticement, in the County of Sacramento, in the State and Eastern District of California, and elsewhere, beginning in or around November 2020, and continuing to at least on or about January 15, 2021.

2. Attempted Coercion and Enticement, in violation of 18 U.S.C. § 2422(b), prohibits the knowing use of the mail or any facility or means of interstate or foreign commerce to attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, or an individual who the defendant believes has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

///

## I. AGENT BACKGROUND

3. I am a Special Agent with the Federal Bureau of Investigation, and have been since September 2012. I am currently assigned to the Sacramento Division. While employed by the FBI, I have investigated federal criminal violations related to, among other things, violent crime, child exploitation, and human trafficking. I have gained experience through training at the FBI Academy as well as through my work conducting these types of investigations and others. I have received training regarding the investigation of child exploitation and human trafficking offenses, and I have reviewed examples of investigations of the online enticement and sex trafficking of children. Additionally, I am a federal law enforcement officer who is engaged in enforcing the criminal laws.

4. The facts in this affidavit come from my personal observations, training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show that there is probable cause for the criminal complaint and requested arrest warrant, and does not set forth all of my knowledge about this matter.

## II. BACKGROUND REGARDING SEX TRAFFICKING

5. Through my training and experience, I am familiar with the prostitution subculture and certain practices common among sex traffickers and their victims, the persons engaging in acts of prostitution. I am aware of the following characteristics of sex trafficking:

   a. Individuals who, through enticement, intimidation, coercion, or force, enlist persons to engage in prostitution, and who profit from the prostitution of others, are called "pimps."

   b. Pimps often try to recruit new victims by using social media websites and applications such as Facebook, Instagram and Snapchat.

   c. Certain websites are known to facilitate communication between sex trafficking victims and prospective prostitution clients. The more notable websites formerly relevant to prostitution in the Eastern District of California included the "Adult" section of Backpage.com as well as nightshift.co. However, agents have found prostitution advertisements on newer purported escort websites such as Cityxguide.com, Skipthegames.com, and Adultlook.com. These websites often include advertisements

with photographs.  I have viewed prostitution advertisements obtained from each of these websites.

    d.  Pimps instruct prostitutes how to detect undercover law enforcement officers.  When arranging "dates" (a euphemism for a commercial sex encounter) with a client over the phone, prostitutes rarely discuss the specific details of the sex acts that will occur. More detailed discussion typically occurs when the prostitute and client meet in person.

    e.  Pimps control the victims' actions, and collect money earned through acts of prostitution.  Pimps often facilitate prostitution by transporting the prostitutes to locations where the commercial sex acts occurs.  The pimps, at times, transport prostitutes across state lines for the purpose of engaging in prostitution.

    f.  Pimps, at times, use physical force and/or threats of physical force to control their victims.  Often, pimps try to isolate their victims physically and socially, ensuring that they do not recognize opportunities to leave the pimp's control.  This isolation is particularly effective on minor victims and those with an otherwise limited family or social network.  These methods often enable the pimp to control, and expect compliance from, a victim even if the pimp is not physically present.

    g.  Pimps often provide drugs to the victims to suppress their appetite and to assist with the demands of performing commercial sex acts for long periods of time.

    h.  Prostitutes often use the term "daddy" when referring to their pimp.  The pimp's phone number is often programmed as "daddy" in the prostitute's cell phone.  In addition to using terms such as "daddy" to create the illusion of a familial relationship, pimps often purport to engage in a romantic relationship with their victims.  The victim may believe that the pimp is her boyfriend while the pimp is controlling the victim's prostitution activity and taking the money earned from those commercial sex acts.

    i.  Pimps often request or force their prostitutes to obtain tattoos of names and/or symbols that are related to the pimp's name or nickname.

    j.  Prostitutes use cellular telephones as a way to communicate with clients and pimps. These phone numbers are included in the advertisements that are posted on various

prostitution-facilitating websites.  Prostitutes, pimps, and clients communicate via voice calls and text messages.

k. Pimps and prostitutes use cellular telephones to transmit photographs to email accounts and/or prostitution advertisement websites

### III.   STATEMENT OF PROBABLE CAUSE

#### A.   The Undercover Investigation.

6.   This investigation arises from an undercover operation conducted by FBI agents and task forces officers.  A law enforcement officer created a Facebook account and profile that purports to belong to a 16-year-old girl residing in Reno, Nevada (hereinafter, "A.E.").  The photo on A.E.'s Facebook profile depicts a real person who is at least 18 years old.  That person gave law enforcement permission to use her photo (hereinafter, the "Source").  Law enforcement paid her to use the photo and, as described below, communicate with Phelps on two occasions via video calls.  However, throughout the investigation, law enforcement officers had exclusive control of A.E.'s Facebook account and messaging application.  They used the account and messaging application to communicate with Phelps.

#### B.   Phelps recruited A.E. to engage in prostitution.

##### 1.   Phelps controlled the Rudeboii Drakeo Facebook account.

7.   Phelps controlled the "Rudeboii Drakeo" Facebook account, which he used to communicate with purported 16-year-old A.E.  On November 4, 2020, the law enforcement officer controlling the A.E. account first received a Facebook message from Facebook user "Rudeboii Drakeo." Agents subsequently identified Phelps as the person controlling the Rudeboii Drakeo account by comparing the photo associated with the Rudeboii Drakeo account with known photos of Phelps.

8.   Based on my training and experience, I know that Facebook is an Internet-based social media application that serves as a global communication platform.

##### 2.   Phelps attempted to persuade A.E. to have sex with prostitution clients.

9.   Phelps sent A.E. messages in which he proposed that A.E. make money by engaging in prostitution.  On January 3, 2021, Phelps, using the Rudeboii Drakeo account, sent A.E. a message stating "A u tryna take a trip abd make some money."  On January 12, 2021, a law enforcement officer used the A.E. account to respond "wat u tryin to do to make money."  Phelps responded minutes later

with the message "That's on u shorty." When the law enforcement officer posing as A.E. asked "whatcha mean by that," Phelps stated "I mean what you tryna do u can strip sell work or bust dates." Based on my training and experience, I know that the term "strip" often refers to nude dancing, the term "selling work" often refers to selling illegal drugs, and "busting dates" is a term that refers to engaging in prostitution by having sex with sex buyers.

10. On January 12, 2021, at approximately 9:17 p.m., the law enforcement officer posing as A.E. and Phelps continued to discuss the plan for A.E. to engage in prostitution:

> A.E.: ive never done that before. I wouldnt kno where to start haha
>
> Rudeboii Drakeo: With wat part ?
>
> Rudeboii Drakeo: U down to bust dates ?? Lil ma
>
> A.E.: wat does that mean? Lol
>
> A.E.: sry im not the smartest
>
> Rudeboii Drakeo: Are you a cop or affiliated with any law enforcement agency's
>
> A.E.: lol no.
>
> A.E.: ur funny

3. <u>The law enforcement officer posing as A.E. told Phelps that A.E. was 16 years old.</u>

11. Shortly after Phelps proposed that A.E. "bust dates," the law enforcement officer posing as A.E. told Phelps that A.E. was 16 years old, stating "wat u were talkin about. bustin dates. Im 16 so idk everything [two laughing emojis]." In response, Phelps stated "Lmao zam u young." Based on my training and experience, I know that the acronym "lmao" means "laughing my ass off."

4. <u>Phelps continued to recruit A.E. to engage in prostitution.</u>

12. Following the disclosure about A.E.'s age, Phelps asked for and a law enforcement officer provided A.E.'s purported cell phone number. On January 12, 2021, at approximately 9:45 p.m., Phelps sent the law enforcement officer posing as A.E. a text message stating "Hey." When the officer responded, "whose this," Phelps stated "Drakeo you gave me ur number on fb."

13. On January 13, 2021, at approximately 10:13 a.m., Phelps asked A.E. to send a photo of herself with the two-finger peace sign in front of her face. Phelps indicated that he wanted to see the

photo to confirm that A.E. was "real."  A law enforcement officer sent Phelps the requested photo depicting the Source holding up the peace sign.  Phelps responded, "Zam u are real lmao."

14.     After trying to confirm that A.E. was a real person, Phelps asked A.E. a series of questions, texting "Frist one is how comfortable are u in ur own skin"; "Ok next question is do u fw niggas like blazk guys??"; "Next question do u suzk dizk"; "U live in reno right.  Who u stay wit"; and "But bext question do u like girls."

15.     Later on January 13, 2021, Phelps sent A.E. text messages describing how he planned to manage her prostitution activity:

> Phelps: U ever hoe
>
> Phelps: ??
>
> A.E.: I have not. Wat do i gotta do?
>
> A.E.: Can I make a lot of mlney?
>
> Phelps: You dont know what hoeing is?
>
> A.E.: Umm.  I think so? [emojis]
>
> A.E.: ??
>
> Phelps: Wat u think it is
>
> Phelps: ??
>
> A.E.: Is it where i like have sex with guys for money?
>
> Phelps: Sumn like dat yea youdd make hella money lul babby
>
> A.E.: Hpw much would they pay me?
>
> Phelps: Well ill be the one who fine the guys and talk prices all u got ado is collect the money and do yo thang and bring me bazk da money
>
> Phelps: but ull be taken care of food clothes jewelry nails hair all that
>
> Phelps: And you get to travel and live a hole new life
>
> A.E.: Oh wow.  I do like to travel

5.     <u>Phelps offered to purchase a bus ticket for A.E. to travel from Reno to California.</u>

16.     On January 13, 2021, at approximately 12:17 p.m., Phelps asked A.E., "U wanna come .ake some money."  The law enforcement officer posing as A.E. responded, "Can u come and get me?"

Phelps texted, "I can get you a ride or a buss ticket," later indicating that A.E. would be coming to "Cali."

6. <u>Phelps requested nude photos of A.E. to use to attract prostitution clients</u>.

17. On January 13, 2021, Phelps asked A.E. to send nude photos of herself. Phelps sent texts stating, "And I meant a titty pic love. Wit nun on. Im asking for pics so I can start tryna find money for you to make when u come bazk." Later on January 13, 2021, Phelps texted A.E., "And wasup wit some freaky pics so I can start getting u dates set up. They one wanna see yo titys and ur face to i got one of ur ass so that's good."

7. <u>Phelps and the Source communicated briefly via video call</u>.

18. On the evening of January 13, 2021, the Source, at the direction of law enforcement officers, participated in two short video calls with Phelps. During those calls, the Source posed as A.E. After the video calls with the Source, Phelps sent a Facebook message to the A.E. stating, "Your fine af lul ma." Based on my training and experience, the term "fine af" means "fine as fuck."

8. <u>Phelps told A.E. to lie about her age and delete the messages about her true age.</u>

19. Approximately 7 minutes after Phelps' video call with the Source, he sent A.E. a message stating, "So ur 18 now. Ok." Phelps explained that A.E. needed to delete the messages in which they discussed her true age. He indicated that he would obtain a fake identification for A.E. Set forth below is an excerpt of this portion of the messages between A.E. and Phelps:

> A.E.: Lol I'm 16. I told you this. Haha smh
> 
> Rudeboii Drakeo: No ur gonna be 18 now
> 
> Rudeboii Drakeo: Ima get u a fake id
> 
> A.E.: Kk [smiling emoji]
> 
> Rudeboii Drakeo: Deleat our messages ima do the same and re hyu and ask how old u are send me a screen shot of our convo after u do it

20. Approximately 8 minutes later, the law enforcement officer posing as A.E. sent Phelps a Facebook message stating she had deleted the old messages with Phelps. Phelps then asked A.E. for her age, and A.E. replied 18, just as Phelps had directed.

> A.E.: Ok i did it

| | |
|---|---|
| 1 | Rudeboii Drakeo: Wasup shorty |
| 2 | A.E.: hi |
| 3 | Rudeboii Drakeo: Wyd lil ma |
| 4 | A.E.: nm. About to go to target. Wbu |
| 5 | Rudeboii Drakeo: At da crib chillin |
| 6 | Rudeboii Drakeo: How old are you lul baby ? |
| 7 | A.E.: im 18 wbu |
| 8 | Rudeboii Drakeo: Ouu ok im 21 |

21. On January 13, 2021, Phelps and A.E. discussed sexual topics via Facebook.  During this conversation, Phelps sent A.E. a photo of his penis.  Phelps also told A.E. that she would make "hella money" and further described how much money she would make by performing sex acts.

| | |
|---|---|
| | Rudeboi Drakeo: U gone make hella money fosho |
| | A.E.: rly? |
| | Rudeboi Drakeo: U fr gone be down to fuzk and suzk ppl for money |
| | A.E.: If i can make a lot of money |
| | A.E.: like u said |
| | Rudeboii Drakeo: Yea u can fosho |
| | A.E.: :) |
| | Rudeboii Drakeo: But its based off how many dates u down to bust |
| | A.E.: ooo |
| | A.E.: how many do I need to do?? |
| | Rudeboii Drakeo: How ever many u want some will be for 200 some will be for4 or 5 |
| | Rudeboii Drakeo: It all depends wat they want |
| | Rudeboii Drakeo: And how lonf |
| | Rudeboii Drakeo: Long |
| | A.E.: Oohh |
| | A.E.: wat do I gotta do for 200? |

Rudeboii Drakeo: Proly suck dick or fuck someone for 10 15 min

A.E. thats it??

A.E.: haha

Rudeboii Drakeo: fs

Rudeboii Drakeo: Yea

Rudeboii Drakeo: U down?

A.E.: ya

A.E.: im about to make hella money hahaha

Rudeboii Drakeo: Its up 2 u if u want em to were condoms no condom is more mon

C. **Phelps purchased a bus ticket for A.E. and tried to meet her at the Sacramento Greyhound Station.**

22. Between January 14 and 15, 2021, Phelps and A.E. communicated about Phelps obtaining a fake identification for A.E. The fake identification would enable A.E. to take a bus from Reno to Sacramento. Phelps directed A.E. to an address in Sparks, Nevada, where A.E. could pick up an identification card that belonged to a woman who is over 18 years old. Phelps stated, "I need it to help you get money." Law enforcement officers, posing as if they were acting on behalf of A.E., went to the address that Phelps provided and obtained the identification card.

23. On January 22, 2021, law enforcement officers interviewed the woman to whom the identification card belongs (hereinafter "Individual A").

    a. Individual A told agents that she knows Phelps and indicated that she calls him "Zae" or "Drako." Individual A said that Phelps asked her to give an extra identification card to a girl who needed the card to get on a bus to California. Individual A said that on January 15, 2021, she gave her identification card to her brother, who gave it to a male who came to their home to pick it up.

    b. Individual A said Phelps told her that the girl needed the card because she did not have an identification of her own. Individual A stated that she did not know that her identification card would be used by a minor or a person who would engage in prostitution.

  c. Individual A reported that Phelps' girlfriend contacted her after Phelps was arrested in Sacramento. Individual A stated that Phelps' girlfriend instructed Individual A to delete her text messages with Phelps.

24. Between January 14 and 15, 2021, Phelps purchased a Greyhound bus ticket for A.E. to travel from Reno to Sacramento. Phelps also continued to communicate with A.E. throughout the morning and early afternoon of January 15, 2021, attempting to ensure that A.E. boarded the bus and was traveling to Sacramento.

25. On January 15, 2021, at approximately 2:00 p.m., shortly after the scheduled arrival time for A.E.'s bus, law enforcement officers found Phelps in the parking lot of the Sacramento Greyhound bus station. Law enforcement officers arrested Phelps.

## IV. REQUEST TO SEAL

26. I respectfully request that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this complaint. Sealing these documents is necessary because the complaint and arrest warrant are relevant to an ongoing investigation into the criminal conduct of a person who does not know that law enforcement has requested a warrant for his arrest. Based upon my training and experience, I have learned that online criminals actively search for criminal affidavits and warrants via the internet, and disseminate them to other criminals as they deem appropriate, i.e., post them publicly online. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness and the safety of law enforcement officers attempting to locate and arrest the target of this investigation.

[The remainder of this page is blank.]

## V. CONCLUSION

27. For the reasons described above, I respectfully submit there is probable cause that Isaih Phelps did commit a violation of 18 U.S.C. § 2422(b).

I swear, under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

/s/
Ryan J. Penna
Special Agent
Federal Bureau of Investigation

Subscribed and sworn telephonically on: January 29, 2021 at 3:30 pm

*Carolyn K. Delaney* (signature)
The Honorable Carolyn K. Delaney
United States Magistrate Judge

/s/ Brian A. Fogerty
Approved as to form by:
Assistant U.S. Attorney Brian A. Fogerty