PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Dec 06, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-0235 JAM |
| Plaintiff, | |
| v. | |
| ISAIH PHELPS, | |
| Defendant. | |

I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 2422(b) – Attempted Enticement of a Minor]

The United States Attorney charges: T H A T

ISAIH PHELPS,

defendant herein, between in or around November 2020, and continuing through on or about January 15, 2021, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly use a facility and means of interstate and foreign commerce, to wit, a cell phone connected to the Internet and the social media platform Facebook, to attempt to persuade, induce, and entice "A.E.," an individual who PHELPS believed had not attained the age of eighteen years, to engage in prostitution for which any person could be charged with a criminal offense, to wit, Section 653.22 of the California Penal Code, which makes it a crime to loiter in any public place with the intent to commit prostitution,

and Section 653.23 of the California Penal Code, which makes it a crime to direct, supervise, recruit, or otherwise aid another person in the act of loitering in any public place with the intent to commit prostitution, all in violation of Title 18, United States Code, Section 2422(b).

Dated:  December 6, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Brian A. Fogerty

BRIAN A. FOGERTY
Assistant United States Attorney

**United States v. ISAIH PHELPS**
**Penalties for Information**

## COUNT 1:

VIOLATION:       18 U.S.C. § 2422(b) – Attempted Enticement of a Minor

PENALTIES:       Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 and $5,000 (mandatory on each count for non-indigent person, 18 U.S.C. § 3014(a)(4))