PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ISAIH PHELPS,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-CR-235-JAM<br><br>MEMORANDUM REQUEST FOR ARRAIGNMENT AND WAIVER OF INDICTMENT<br><br>DATE: December 8, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

　　　The United States of America, through the undersigned counsel, and defendant Isaih Phelps, through Assistant Federal Defender Lexi Negin, respectfully request that this case be set for an arraignment and waiver of indictment hearing (via Zoom) before the Honorable Deborah Barnes on December 8, 2021 at 2:00 p.m.  The parties request that the United States Marshals Service make defendant Phelps available for the hearing via Zoom.

　Dated:  December 7, 2021　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　By:　/s/ BRIAN A. FOGERTY
　　　　　　　　　　　　　　　　　　　　　　BRIAN A. FOGERTY
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney