PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ISAIH PHELPS,<br><br>                    Defendant. | CASE NO. 2:21-CR-235-JAM<br><br>MEMORANDUM REQUEST FOR CHANGE OF PLEA HEARING<br><br>DATE: December 14, 2021<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

The United States of America, through the undersigned counsel, and defendant Isaih Phelps, through Assistant Federal Defender Lexi Negin, respectfully request that this case be set for a change of plea hearing before the Honorable John A. Mendez on December 14, 2021 at 9:15 a.m.  The parties request that the United States Marshals Service transport defendant Phelps for this in-person hearing.

 Dated:  December 7, 2021                             PHILLIP A. TALBERT
                                                      Acting United States Attorney


                                                 By:  /s/ BRIAN A. FOGERTY
                                                      BRIAN A. FOGERTY
                                                      Assistant United States Attorney