| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, SBN #185395 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | ISAIH PHELPS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:21-CR-00235-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **FOR TEMPORARY RELEASE FROM** |
| vs. | ) | **CUSTODY TO VISIT DYING FAMILY** |
| | ) | **MEMBER IN HOSPICE CARE** |
| ISAIH PHELPS, | ) | |
| | ) | |
| Defendant. | ) | Judge:  Hon. Jeremy D. Peterson |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Brian Fogerty, Assistant United States Attorney, counsel for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, counsel for Defendant Isaih Phelps, that Defendant Isaih Phelps may be ordered temporarily released from custody at the Sacramento County Jail on Wednesday, March 2, 2022 from 10:00 a.m. to 3:00 p.m. to visit a dying relative in hospice care at his grandmother's apartment in Sacramento.  An investigator from the Federal Defender's Office, Melvin Buford, will accompany Mr. Phelps during this temporary release.  The government has no opposition to this temporary release under the terms and conditions listed below.

//

//

Mr. Phelps agrees to abide by the conditions the Court will impose.  A proposed order is attached.

Respectfully submitted,

DATED: March 1, 2022             HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Rachelle Barbour*
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorneys for Defendant


DATED: March 1, 2022             PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 */s/ Brian Fogerty*

                                 BRIAN FOGERTY
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff

# **ORDER**

GOOD CAUSE APPEARING based on the stipulation of the parties, IT IS HEREBY ORDERED, that Defendant Isaih Phelps be temporarily released from United States Marshal and Sacramento County Jail custody on **Wednesday, March 2, 2022 at 10:00 a.m.** to Investigator Melvin Buford from the Federal Defender's Office. Mr. Buford will accompany Mr. Phelps during this temporary release to visit a dying relative in hospice care in Sacramento.

While on temporary release, Mr. Phelps shall comply with the following terms and conditions:

1. You shall remain with Investigator Melvin Buford, of the Federal Defender's Office for the duration of your release.
2. You shall not consume any alcohol or any controlled substances.
3. You shall return to the Sacramento County Main Jail by **3:00 p.m. on Wednesday, March 2, 2022**.

Dated: March 1, 2022

_____
Hon. Jeremy D. Peterson
United States Magistrate Judge