UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 01, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAIH PHELPS,

    Defendant.

Case No.  2:21-cr-00235-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ISAIH PHELPS, Case No. 2:21-cr-00235-JAM Charge 18 U.S.C. § 2422(b), from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

\_\_\_\_\_   Unsecured Appearance Bond $ _____

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

  X    (Other): The defendant shall be temporarily released from United States Marshal and Sacramento County Jail custody on Wednesday, March 2, 2022 at 10:00 a.m. to Investigator Melvin Buford from the Federal Defender's Office.  The defendant shall return to the custody of the Sacramento County Jail by 3:00 p.m. on Wednesday, March 2, 2022

Issued at Sacramento, California on March 01, 2022 at 2:50 p.m.

*/s/ Jeremy D. Peterson*

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE