PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00235-JAM |
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| ISAIH PHELPS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 9, 2022.

2. By this stipulation, the parties now move to reset the matter for sentencing on August 16, 2022, at 9:30 a.m.

///
///
///
///
///

3.      Counsel for the government and counsel for the defendant conferred with the assigned probation officer regarding this proposed sentencing schedule, and the probation officer has no objection to it.

IT IS SO STIPULATED.

| Dated: August 2, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ SAM STEFANKI<br>SAM STEFANKI<br>Assistant United States Attorney |
| Dated: August 2, 2022 | /s/ RACHELLE BARBOUR<br>RACHELLE BARBOUR<br>Counsel for Defendant<br>ISAIH PHELPS |

## ORDER

The judgment and sentencing hearing in this matter is hereby RESET for August 16, 2022, at 9:30 a.m.

IT IS SO ORDERED.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE