1 | HEATHER E. WILLIAMS, SBN #122664
Federal Defender
2 | RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
3 | OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
4 | 801 I Street, 3rd Floor
Sacramento, CA 95814
5 | Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ISAIH PHELPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-00235-JAM |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT'S EXHIBITS A, B, & C IN AID OF SENTENCING** |
| vs. | ) | |
| ISAIH PHELPS, | ) | Judge: Hon. John A. Mendez |
| Defendant. | ) | |

Mr. Phelps files the attached exhibits for the Court's consideration at the upcoming sentencing hearing on August 16, 2022.

Respectfully submitted,

DATED: August 9, 2022            HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Rachelle Barbour*
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorneys for Defendant