# EXHIBIT A

June 11, 2022

To whom this may concern,

Hello my name is Danielle Rae Akines. I am the mother of Isaiah Andre Phelps. I am writing this letter on behalf of my son Isaiah, and to express the love and concerns I have as his mother.

March 30, 1999 changed my life forever. I was 16 years old and having a baby. A baby having a baby! I didn't know the first thing about parenting but at 16 I knew everything. I was very foolish to think that!

When I look back now its so many things I would have done differently, I could have done differently but didn't. I know now I failed my son in so many ways it breaks my heart. I wish I can go pick him up and take him home and start anew. Give him a "do over" a fresh start he never got. When I had Isaiah at 16 I was unable to be what he needed me to be a mother. Yes! Having a child make's you a mother but it's just a title when your not fulfilling

your obligations and duties. I believe honestly from the bottom of my heart if I had been a better mother rasing him the right way with structure and guidence he would not be where he is in life. My son had to endure pain, hate like brokeness and so much more due to my mistakes. No child should have to go through what I put my son through at a early age.

A child helping his mother fight off the boggie man (ex-husband) was the most damging sitvation ever. He was subjected to vilence, drug abuse, mental health because I chose that kind of life for us. He didn't. I followed man and not God. How fast foward my son has followed in my foot steps because of me, I have showed him change is possible and now that I am a grown woman he is so proud of where and how far I have came. Now he knows change is possible for him and we strive as a family to make sure we are here for one another and never give

up. As I write this letter I know my son's future is in Gods hands. I know there is purpose and a lesson to be learned behind this. I pray that my son is given help, understanding and a fresh start to be renewed. My son has made many mistakes and owns up to them no matter how much I blame myself. As a mother I should have got him help instead of standing by letting him distroy himself, and his chance at a bright future.

Isaiah was raised with love and it shows in his heart. That is what I believe keeps him going. Our favorite song is (what's love go to do with it by Tina Turner) because every time his step father would hit me we would take a drive just me and him and that song would come on and we would sing our hearts out. He knew through the bad it was always some kind of light to shine on us.

So I'm not here to make excuses for my son, he knows right from wrong. He just never got a fair chance at this here life.

The pain and hurt that my son has carried on his shoulders brings tears to my eyes and hurt to my heart. I honestly believe if I would have been a better mother to my son we wouldn't be here in this sitteation today. I couldn't emagen being subjected to Vilonce, molestation, drugs and have no say to any of it because you are a child, kills me inside. I failed my son time and time agean, and I pray he will stop failing himself and have understandeing that this here shall pass and to take the good and spit out the bad. I pray that before my son is sentensed that you shall have some mercy on his sole. Please help me get Isaiah on the right path in life. Give him a chance to be all he can be in this world. Give him a chance I never gave him. We miss him dearly, and before he is sent out here on these streets he has rehabelitation. Not just prison. Please from a mother's heart I'm crying out please don't fail him like I did. Please give him hope and

a chance to get a real shot at life. I believe if he has proper rehabilitation before he is released he will have skills and knowledge to live a productive and healthy life on the streets and not in prison. I thank you for giving me the opportunity to write this letter on behalf of my son Isaiah Andre Phelps.

Love,
Danielle Harris