# EXHIBIT B

April 27, 2022

To Whom It May Concern:

I am employed as a teacher at C.K. McClatchy High School in Sacramento. I also teach leadership classes at to at-risk youth in several schools within the Sacramento Unified School District. When Isaih was at Cal Middle School, he was in a class I taught at the time called Men's Leadership. I reconnected with Isaih last year and we have been in touch by phone during his time at the Sacramento County Jail.

Isaih and I grew up in very similar environments. We lived in the same public housing projects on Broadway in Sacramento and attended some of the same schools. While I grew up a generation before Isaih did, we faced many of the same challenges. When I was growing up, many of my peers sold crack and it was clear that they made a lot of money doing so. When I was tired of feeling hungry and tired of wearing the same old clothes it was sometimes tempting to follow in their footsteps. But I was fortunate to have come from a stable family with parents who gave me strong guidance and prevented me from making that mistake. Some of my peers also got into pimping as an easy way to make money and I was at times tempted by that as well. Pimping is glorified by some people in our community as a way to earn not only money, but also respect. This is inescapable in our popular culture, especially in rap music, and a lot of kids look up to uncles and cousins who pimp as their role models. For a lot of these kids, they've never seen a different kind of success in their family or in their community.

When I was a junior in college at Fresno State University, I was studying psychology and playing football, just year away from getting drafted into the NFL. Despite being successful in academics and athletics, I still considered pimping to make a little money on the side while I was at school. One day, I was driving back to Sacramento with my dad and I confided in him about my idea. My dad's reaction was strong and clear; he was furious and he quickly and convincingly set me straight and helped me see why that was not the path I should take. I'm lucky I had him on my side.

My mom was a well-known figure in the community who set up after-school programs and taught Polynesian dance to kids in the community, and after whom Leata'ata Floyd Elementary School is named. My dad has master's degrees in both social work and in psychology, and was also active in the community. But most kids who grew up in my neighborhood, Isaih included, did not have access to the resources, the positive role models, and the strong and consistent guidance that I had growing up. This disparity is what inspired the Men's Leadership class in which I taught Isaih, and the additional leadership programs I'm still teaching in the Sacramento Unified School district. We are trying to connect with kids like Isaih who are at risk of ending up in the criminal justice system, to provide guidance for kids who don't have it at home, and to show them other paths they can follow.

I wish I could have helped Isaih more when he was a kid. I always thought he was a good, smart kid who just needed a push in the right direction. It is really unfortunate that Isaih left McClatchy High School his freshman year because we had so many resources lined up to help him succeed, including mental health services he could have accessed after his stepdad was killed. I feel like Isaih was a missed opportunity, one of those kids who just fell through the cracks but who could have made it through if he had the support he needed.

I'm happy that Isaih reached out to me again. We reconnected last summer when he called me from the jail. He was clearly embarrassed about the situation he's in and apologized to me for having failed – Isaih knows that I have high expectations for him. Isaih talked about doing better in the future and said he wanted to get it right this time. I would be more than happy to serve as a mentor for Isaih as he figures out a plan for when he gets out, and to continue to be a resource for him as long as he needs me.

Sincerely,

Malcolm Floyd
(916)396-█