# EXHIBIT C

Dear your Honerable Judge Mendez,

First and foremost, I would like to start this letter off by apalodizeing to you, to the district atourny, and to my family. For my inapropreate, Irresponsable, and childish actions. Your Honer I stand befor you today and ask for forgiveness and mercy of the courts. I understand that I have done a great wrong and broke the law and I take full responsibility for my actions. Befor my father passed he taught me 3 lessions about being a man, and those are allways look a person the eyes when speaking or when spoken to, to Also stand on your own 2 feet never go back on your word, lastly allways to allways take responsibility for your actions no matter how big or small. Your hones Im beging you for a chance A chance I feel I never got from the Judicial system since the first time I was arrested. A chance to return home to my loveing family, and bueaty ful feance, And a Chance to be a honest productive citizin, But your Honer I need help, I have a drug problem and have had one for quite some time now. Growing up I had a ruff child hood I was abused phisicly mentaly and sexualy for a grate part of my childhood by sevral diffrent people. That abuse made me feel diffrent It made me veiw the world diffrent. I use hard drugs to escape and run from my problemes and to take away the shame and pain of my past. Every single case that I have ever caught this one included

was for the sake of drugs. I used heroin 08-28-15 for the first time and never could let go or stop. the 28th of agust 2015 was 3 days after my dad left this world and the day my world changed forever. I once wanted to serve our contry like my grand faughters and unkles did but I gave those dreams up for drugs and the streets. My drug problem has not only affected my life but also the lives of those closest and dearist to me, such as my mom, grandma, sisters, and my brothers and I want to tell you guys im so sorry and Im going to make it all up to you guys I promise. Your Honer Im so sorry. I have youssed this time in county to get ahold of my life and plan for my future. I plan to become a truck driver and go to school for Jewlery so I can one day own my own Jewlery story. I also plan to merry my feince and have children and raise them the right way the way my dad woulda raised me had he not passed away. I plan to be the best son, grand son, brother, Husband, fauther, and man that I can be. With that being said your honer im at your mercy, my young life is in your hands. can you please be fair and lenient in sentencing me Im a changed young man. I am no longer a gang member Im on 4W in county witch is P.C. Im done with the street life I plan to move out of state, I have cut ties to my old crowd. And Im ready to turn the page to a New chapter of life. Thank you.