HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISAIH PHELPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 2:21-cr-00235-JAM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **SEALING ORDER** |
| ISAIH PHELPS, | ) | |
| Defendant. | ) | JUDGE: Hon. John A. Mendez |

IT IS HEREBY ORDERED that the Request to Seal Defendant's Memorandum and the Defendant's Memorandum be granted for the reasons set forth therein.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: August 9, 2022         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE